# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                         NO. 4:09CR00064-002   SWW

ALBERT GORDON                                                         DEFENDANT

### ORDER

This matter is before the Court on defendant's motion for early termination of supervised release.  The government has no objection to early termination of defendant's supervised release.  The U.S. Probation Office has advised the Court that the defendant has demonstrated overall progress in meeting supervision objectives and recommends early termination of supervision.

The Court finds that defendant's motion [doc #56] should be, and hereby is, ***granted***.

IT IS THEREFORE ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 26th day of January 2016.

/s/Susan Webber Wright

United States District Judge